UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Diego Andres Arateco Munoz,

Plaintiff(s),

v.

Case No. 2:25−cv−10251−TGB−PTM
Hon. Terrence G. Berg

US Attorney General, et al.,

Defendant(s),

**NOTICE OF DETERMINATION OF MOTION WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

Motion for Order to Show Cause − #6
Motion for Preliminary Injunction − #6
Motion for TRO − #6
Motion for Summary Judgment − #7
Motion to Dismiss − #9
Motion to Extend − #10
Motion − #12
Motion for Extension of Time to File Response/Reply − #15
Motion for Leave to File − #19

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg ***without*** oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Emily P Vradenburg
Case Manager

Dated: September 5, 2025